# Unclaimed Funds

Entered 1/1/2001 to 5/16/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 06-10012 -fjb<br>15918980 | Cafe Pilon<br>2-8 Hawsley Drive<br>Oxford, MA 01540<br>01540 | 578.08 | 05/16/2013 |
| 06-10012 -fjb<br>15919025 | Edgerock Staffing<br>30 Rowes Wharf, Ste. 330<br>Boston, MA 02110<br>02110 | 133.66 | 05/16/2013 |
| 06-10012 -fjb<br>15919031 | Famoso Food Improts<br>146 Wil:L Drive<br>Canton, MA 02021-9118<br>02021-9118 | 1,294.80 | 05/16/2013 |
| 06-10012 -fjb<br>15918959 | American Automotice Door, Inc.<br>25 Walpole Park South<br>Walpole, MA 02081<br>02081 | 261.12 | 05/16/2013 |
| 06-10012 -fjb<br>15919082 | Maman Enterprises<br>709 V F W Parkway<br>West Roxbury, MA 02132<br>02132 | 1,445.63 | 05/16/2013 |
| 06-10012 -fjb<br>15919171 | Vitarroz Corp<br>51 Pacific Avenue<br>Jersey City, NJ 07304<br>07304 | 5,681.57 | 05/16/2013 |
| 06-10012 -fjb<br>15919083 | Manuel Andeliz<br>5A Blue Hill Avenue<br>Roxbury, MA 02119<br>02119 | 580.31 | 05/16/2013 |
| 06-10012 -fjb<br>15919108 | Paz Food Distributor<br>38-C Rathbone Street<br>Providence, RI 02908<br>02908 | 547.49 | 05/16/2013 |
| 06-10012 -fjb<br>15919150 | Systems Supply Inc<br>291 Rockland Street, Suite 10<br>Hanover, MA 02339<br>02339 | 156.89 | 05/16/2013 |

**Grand Total: 10,679.55**